IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CAMDEN FOLEY and SAMUEL BERTAIN, | § § | No. 459, 2025 |
| | § | |
| Plaintiffs Below, | § | Court Below–Court of Chancery |
| Appellants, | § | of the State of Delaware |
| | § | |
| v. | § | C.A. No. 2023-0186 |
| | § | |
| SESSION CORP., ESTHER LENOIR RAMIREZ, and VINH PHO, | § § § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: May 20, 2026
Decided: June 3, 2026

Before **SEITZ**, Chief Justice; **TRAYNOR** and **GRIFFITHS**, Justices.

### **ORDER**

This 3rd day of June 2026, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its Post-Trial Opinion dated September 9, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice